# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Nicholas A. Klinefeldt
**CC:** Craig Peyton Gaumer
Shai Gonzales
Kyle P. Hanson
Mikaela Jo Shotwell
Richard D. Westphal
Rachel A. Yaggi

**FROM:** Diane N. Sturgeon

**DATE:** October 03, 2024

**RE:** 24-2458  United States v. Bradley Eugene Wendt

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

    **X**    ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10).
Standard of Review section should be included in and/or after the Argument section. *Please also update the Table of Contents Section to reflect this change.*

   **X**    SUMMARY OF THE CASE IS MISSING, INCOMPLETE OR EXCEEDS 1 PAGE.
     See 8th Cir. R. 28A(i)(1).
        **X**    Amount of time requested for oral argument is missing.

   **X**    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j) and 8th Cir. Plan to Expedite Criminal Appeals
       **X**    References to Transcripts. The court has received the trial transcripts, 5/28/24 motion hearing transcript, and sentencing transcript. References in the brief to the transcript(s) must specify which transcript is being referenced followed by the page number(s) of the transcript.
            (Mot. for Acquittal TR. _____) OR (Sent TR. _____) OR (Trial TR. Vol. # _____ )
       **X**    References to Transcripts. Transcripts with multiple volumes should be referenced to their volume and page number(s).
            (Trial TR. Vol. II _____)

***Note*** *Please check references for consistency. See* "(R. Doc. 1067:13-1070:22.)" *on page 7 of brief and* "(ST 7.)" *on page 29 of brief*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.