
  faegredrinker.com

**Nicholas A. Klinefeldt**
Partner
nick.klinefeldt@faegredrinker.com
+1 515 447 4717 direct

**Faegre Drinker Biddle & Reath** LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa  50309
+1 515 248 9000 main
+1 515 248 9010 fax

November 13, 2024

**VIA CM/ECF**

Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, Missouri 63102

RE:   *United States v. Bradley Eugene Wendt*, Appeal Case No. 24-2458

Clerk of Court:

Counsel for Appellant Bradley Eugene Wendt has conflicts with the following scheduled oral argument dates,  March 17-21, 2025.

Thank you very much for your consideration.


Very truly yours,

*[signature]*

Nicholas A. Klinefeldt




DMS_US.367562250.1