# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 24-2458

United States of America

Appellee

v.

Brad Wendt

Appellant

------------------------------

Firearms Regulatory Accountability Coalition, Inc., et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00199-SHL-1)
___

**ORDER**

The motion for release pending appeal is denied.

November 20, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik