No. 24-2458

**In the United States Court of Appeals
for the Eighth Circuit**

United States of America,

                                      Plaintiff-Appellee,

v.

Bradley Eugene Wendt,

                                      Defendant-Appellant.

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
No. 4:22-cr-00199-SHL-HCA
Hon. Stephen H. Locher

**Defendant-Appellant's Motion For Extension of Time**

Nicholas A. Klinefeldt
Rachel A. Yaggi
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
(515) 248-9000

Counsel for Appellant Bradley Eugene Wendt

Defendant-Appellant Bradley Eugene Wendt, pursuant to Federal Rule of Appellate Procedure 26(b), moves this Court for the entry of an Order granting an extension of time of 10 days, up to and including December 19, 2024, to file Mr. Wendt's reply brief in the above-captioned appeal. Mr. Wendt's reply brief is currently due December 9, 2024. In support of this Motion, Mr. Wendt states:

1. This appeal is from the final judgment in a criminal case entered by the United States District Court for the Southern District of Iowa (the "District Court") on July 1, 2024. (R. Doc. 396.)

2. Mr. Wendt entered a timely Notice of Appeal on July 11, 2024. (R. Doc. 397.)

3. The Government received an extension of 30 days to file its brief and filed an almost 70-page brief that was accepted by the Court on December 2.

4. The issues in this case are extensive and require additional time to brief.

5. This Court set the filing deadline for Appellant's reply brief for December 9, 2024. (*See* Entry No. 5461769.)

6. Mr. Wendt has not previously sought an extension of time to file his reply brief in this case.

For the foregoing reasons, Defendant-Appellant Bradley Eugene Wendt moves this Court for the entry of an Order granting an extension of time up to and including December 19, 2024, to file the Defendant-Appellant's reply brief in the above-entitled case.

Dated: December 5, 2024  **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
Email: *rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR APPELLANT***

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 234 words, excluding the parts of the document exempted by Fed. R. App. R. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font, 14 point.

Dated: December 5, 2024

*/s/ Nick Klinefeldt*
Nick Klinefeldt

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I caused this Defendant-Appellant's Motion for Extension of Time to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Paulette Ohnemus*

DMS_US.367983937.1