No. 24-2458

United States of America

Plaintiff - Appellee

v.

Brad Wendt

Defendant - Appellant

------------------------------

Firearms Regulatory Accountability Coalition, Inc.; Palmetto State Armory, LLC; B&T USA, LLC; Gun Owners of America, Inc.; Gun Owners Foundation; State of West Virginia; State of Arkansas; State of Missouri; State of New Hampshire; State of Utah; State of Kansas; State of Montana; State of South Carolina

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00199-SHL-1)

**JUDGMENT**

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

March 03, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler